UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL-FATAH STEWART,

                Petitioner,

    -against-

WARDEN CAPUTO

                Respondents.

22-CV-8546 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 16, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 16, 2022
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                               Chief United States District Judge